```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19384
   JEREHMY E MONSON
   NICHOLE M MONSON                             CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-7945    SSN XXX-XX-3771

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/19/07 and confirmed on 01/02/08.

     2.  The case was converted to Chapter 7 after confirmation, 10/03/2008.

     3.  The Debtor paid a total of $   7840.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
HOMEQ SERVICING CORP       CURRENT MORTG        .00           .00            .00
HOMEQ SERVICING CORP       MORTGAGE ARRE    1125.81           .00        1125.81
HSBC                       SECURED              .00           .00            .00
NEW SOUTH FEDERAL SAVING   SECURED VEHIC   12409.98        679.96        1537.39
WELLS FARGO FINANCIAL AC   SECURED VEHIC    7100.00        332.80        1043.64
ECAST SETTLEMENT CORPORA   UNSECURED        3930.75           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         339.14           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        8658.63           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        4461.20           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        6673.77           .00            .00
CITIFINANCIAL              UNSECURED       NOT FILED          .00            .00
DELL FINANCIAL SERVICES    UNSECURED        1799.32           .00            .00
DISCOVER BANK              UNSECURED        3344.41           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         749.89           .00            .00
WELLS FARGO FINANCIAL AC   UNSECURED        3416.65           .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  20635.79         .00     33373.76         .00     54009.55
PRINCIPAL PAID       3706.84         .00          .00         .00      3706.84
INTEREST PAID        1012.76         .00          .00         .00      1012.76
TOTAL PAID           4719.60         .00          .00         .00      4719.60
The Debtor's attorney, CHANG & CARLIN                 , was allowed $   3500.00
and was paid $    800.00  direct and $    2700.00  through the plan.

The Trustee received $    420.40 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/19/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE